In the Matter of JACOB SHATTER, Appellant, against ROBERT MOSES, as Park Commissioner of the City of New York, Respondent.

Submitted January 4, 1937; decided January 12, 1937.

*Paul Windels,* Corporation Counsel (*Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.